# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs.  Robert Bonczek

Case No. _____
(To be assigned by Clerk of District Court)

14cv3768 JRT/LIB

vs   Board of Trustees
     National Roofing Industry Pension Plan
     (Fiduciary)

DEMAND FOR JURY TRIAL

Zenith Administrators
Third-party Administrative Manager

YES ☐   NO ☒

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name            Robert Bonczek

   Street Address  P.O. Box 18782

   County, City    Hennepin, Minneapolis

   State & Zip Code  Minnesota, 55418

   Telephone Number  (612) 508-6258

SCANNED SEP 2 3 2014 U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: Board of Trustees National Roofing Industry Pension Plan

   Street Address: c/o Fund Office P.O. Box 721680

   County, City: HARRIS, Houston

   State & Zip Code: Texas, 77272-1680

   b. Defendant No. 2

   Name: Zenith Administrators, Inc. (Third-party Administrative Manager)

   Street Address: P.O. Box 721680

   County, City: HARRIS, Houston

   State & Zip Code: Texas, 77272-1680

   c. Defendant No. 3

   Name: Agent for Service of Legal Process

   Street Address: Wilson-McShane Corporation

   County, City: 3001 Metro Drive Suite 500

   State & Zip Code: Hennepin, Bloomington Minnesota, 55425

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [xx] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   Title 29, Labor - ERISA Pension

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: N/A                    State of Citizenship: N/A

   Defendant No. 1:  N/A                  State of Citizenship:

   Defendant No. 2:                       State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [ ] Defendant(s) reside in Minnesota    [xx] Facts alleged below primarily occurred in Minnesota
   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.   See attached - Claim filed seperately

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

See attached - Request for Relief filed with Statement of the Claim    (pg 11)

Signed this 23rd day of Sept. 2014

Signature of Plaintiff _____Robert Bonczek_____

Mailing Address

P.O. Box 18782

Minneapolis, Mn. 55418

Telephone Number

(612) 508-6258

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.