# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

CHAMBERS OF
LEO I. BRISBOIS
MAGISTRATE JUDGE



412 GERALD W. HEANEY FEDERAL BUILDING AND
UNITED STATES COURTHOUSE AND CUSTOMHOUSE
515 W. FIRST STREET
DULUTH, MINNESOTA 55802
(218) 529-3520

October 2, 2014

Mr. Robert Bonczek
P.O. Box 18782
Minneapolis, MN 55418

Re:   Bonczek v. Board of Trustee National Roofing
      Industry Pension Plan, et al.
      Court File No. 14-cv-3768 (JRT/LIB)

Dear Mr. Bonczek:

The Minnesota Chapter of the Federal Bar Association (FBA) operates a program of volunteer lawyers who donate their time to assist unrepresented individuals. The FBA program is called the "FBA *Pro Se* Project." You may be able to obtain a lawyer at no cost to you through this program.

If you would like to have your case reviewed by a volunteer lawyer through the FBA Pro Se Project, you should contact the program coordinator within thirty (30) days from the date of this letter. The FBA *Pro Se* Coordinator will then put you in contact with a lawyer who will provide you with a general opinion on the merits of your claims and offer you advice on how you should proceed. The volunteer lawyer may agree to represent you, but there is no requirement that he or she agree to do so or that any lawyer be appointed to assist you.

The contact information for the FBA *Pro Se* Coordinator appears below. Please contact the Coordinator within 30 days from the date of this letter, if you would like to participate in the program.

Tiffany Sanders
FBA *Pro Se* Project Coordinator
P.O. Box 24378
Minneapolis, MN 55424
(612) 965-3711
proseproject@q.com

Respectfully,

Leo I. Brisbois
U.S. Magistrate Judge