# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

ROBERT BONCZEK,                                Civil No. 14-3768 (JRT/LIB)

        Plaintiff,

v.                                         **ORDER ADOPTING REPORT**
                                                   **AND RECOMMENDATION**

BOARD OF TRUSTEES NATIONAL
ROOFING INDUSTRY PENSION
PLEAN, et al,

        Defendants.

_____

       Robert Bonczek, P.O. Box 18782, Minneapolis, MN 55418, *pro se* plaintiff,

       Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

       That any claims against defendant Agent for Service of Legal Process are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: October 22, 2014             s/John R. Tunheim_____
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                          United States District Judge